DAVID GREGORY, by LEONARD GREGORY, His Guardian ad Litem, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 1.) (Claim No. 73278.) [601 NYS2d 892] —Judgment unanimously affirmed without costs. Memorandum: It was within the province of the trial court, as the finder of facts, to find that claimant had not met his burden of proof that he had sustained permanent injuries. The only evidence that claimant had sustained permanent injuries was the testimony of claimant's father, an interested witness, whose testimony the court was entitled to disbelieve. Moreover, the court had no way to assess the amount of damages to be awarded for scarring, testified to by the father, inasmuch as claimant was not produced for viewing by the court and no recent photographs were introduced showing the purported scarring.

unanimously affirmed without costs. Memorandum: It was within the province of the trial court, as the finder of facts, to dismiss claimant's cause of action for alleged injuries he received when sodomized by another patient at the Rochester Psychiatric Center. The bathroom where the sodomy took place was near a nurses' station where two nurses were on duty and another employee was in the vicinity. Because claimant made no outcry, the nurses and employee were not alerted to claimant's plight. The other patient had no history of sexual assaults and the court was justified in concluding that the supervision provided by the Center was adequate under all of the circumstances. (Appeal from Judgment of Court of Claims, Quigley, J.—Negligence.) Present—Denman, P. J., Pine, Lawton, Boomer and Davis, JJ.